ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :   **ORDER**

        - v. -                          :   S3 06 Cr. 648 (PAC)

ADEWUNMI SHINABA,                       :
  a/k/a "Shaba,"                       :

                Defendant.        :

- - - - - - - - - - - - - - - - - - - x

    Upon application of the United States of America, by and through Assistant United States Attorney Jessica A. Masella, it is hereby ORDERED that Indictment S3 06 Cr. 648 (PAC), which was filed under seal on or about August 8, 2006, be and hereby is unsealed.

SO ORDERED.

Dated:   New York, New York
        October 30, 2007

                            UNITED STATES MAGISTRATE JUDGE
                            SOUTHERN DISTRICT OF NEW YORK

                              ANDREW J. PECK
                      UNITED STATES MAGISTRATE JUDGE
                      SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 30 2007
```