# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**
**NEW YORK, NEW YORK 10178**

(212) 808-7800

WASHINGTON, DC
TYSONS CORNER, VA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

DON D. BUCHWALD
DIRECT LINE: (212) 808-5147
EMAIL: dbuchwald@kelleydrye.com

VIA FACSIMILE (212) 805-6304

November 8, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 8 2007
```

Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Adewunmi Shinaba
S3 06 Cr. 648 (PAC)

Dear Judge Crotty:

I write to request a slight modification of the bail conditions for my client Adewunmi Shinaba in the above matter. Cash bail of $5,000 was posted for Mr. Shinaba and he was released from custody yesterday, November 7th.

In accordance with the geographical limits on his bail (southern and eastern districts of New York, southern district of Ohio where he resides with Ms. Elizabeth Ogundiende and their four children, and travel in route between New York and Columbus, Ohio) Mr. Shinaba will be returning to Ohio this evening by bus (the least expensive means of travel). The bus leaves at 7 p.m. and gets to Columbus tomorrow morning. I have spoken with AUSA Jessica Masella who has no objection and I have advised Pre-Trial Service Officer Joshua Rothman of Mr. Shinaba's travel intentions.

We would expect that Mr. Shinaba's future travel between Columbus, Ohio and New York for court appearances and to meet with counsel will also be by bus. One of the conditions of Mr. Shinaba's bail set by Magistrate Judge Francis is a 9 p.m. to 6 a.m. curfew. Obviously, the overnight bus travel contravenes the technical terms of the curfew. We therefore request that an exception be carved out from the curfew to accommodate Mr. Shinaba's travel tonight and hereafter between Columbus, Ohio and New York provided that Pre-Trial Services is notified in advance of the anticipated travel on each occasion.

**MEMO ENDORSED**

NY01/BUCHD/1248732.1

**KELLEY DRYE & WARREN LLP**

Honorable Paul A. Crotty
November 8, 2007
Page Two

      If the foregoing is acceptable to Your Honor, we would ask that you "So Order" same as indicated below.

                                                                  Respectfully submitted,

                                                                  Don D. Buchwald

DDB:ma

cc:    AUSA Jessica Masella
        PTSO Joshua Rothman

                                        SO ORDERED:

                                        _____, 11/8/2007
                                        Honorable Paul A. Crotty, U.S.D.J.    Date

NY01/BUCHD/1248732.1