**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NEW YORK 10178**

(212) 808-7800

WASHINGTON, DC
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

DON D. BUCHWALD
DIRECT LINE: (212) 808-5147
EMAIL: dbuchwald@kelleydrye.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 1 1 2008
```

Transmitted via email and regular mail

February 8, 2008

Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Adewumni Shinaba
S3 06 Cr. 648 (PAC)

Dear Judge Crotty:

This matter is scheduled for conference before Your Honor next Wednesday, February 13, 2008 at 2:15 p.m. Per my conversation with your chambers, and with the consent of the Government, the parties respectfully request an adjournment of the matter to Wednesday, March 5, 2008 at 3:30 p.m., if that day and time is convenient for the Court. We anticipate a disposition of the case at that time.

I have spoken with AUSA Jessica Masella and the parties jointly consent to an "interests of justice" exclusion under the Speedy Trial Act through the requested adjourned date or such alternative adjourned date as the Court may set.

NY01/BUCHD/1266345.1

KELLEY DRYE & WARREN LLP

Honorable Paul A. Crotty
February 8, 2008
Page Two

Thank you for your consideration of this matter.

Very truly yours,

S/ Don Buchwald

Don D. Buchwald

DDB:ma

cc:   AUSA Jessica Masella

SO ORDERED:

_____, February 11, 2008
U.S.D.J.              Date

NY01/BUCHD/1266345.1