PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 8 2008

U.S.A. vs. ADEWUNMI SHINABA                    Docket No. 06 CR 648-2

Petition for Action on Conditions of Pretrial Release

COMES NOW Joshua A. Rothman, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Adewunmi Shinaba, who was placed under pretrial release supervision by United States Magistrate Judge James C. Francis IV sitting in the Court at Southern District of New York, on November 5, 2007 under the following conditions:

$100,000 personal recognizance bond co-signed by three financially responsible persons and secured by $5,000 cash, strict Pretrial Services supervision with a curfew from 9p.m. to 6a.m., travel restricted to the Southern and Eastern Districts of New York and the Southern District of Ohio, surrender travel documents and no new applications.

**Respectfully presenting petition for action of Court and for cause as follows:**

The defendant is currently being supervised in the Southern District of Ohio. The supervision officer in that district reports that the defendant is in full compliance with all conditions of bail since his release in November of 2007, including adhering to his curfew hours. I have spoke to Assistant United States Attorney Jessica Masella and Defense Counsel Don Buchwald regarding the matter and both have consented to the removal of curfew.

**PRAYING THAT THE COURT WILL ORDER THAT** the defendant's bail conditions be modified to remove curfew from 9p.m. to 6a.m.

ORDER OF COURT

Considered and ordered this __27th__ day of __February__, 2008____ and ordered filed and made a part of the records in the above case.

_____
Paul A. Crotty
U.S. District Judge

Respectfully,

_____
Joshua A. Rothman
Pretrial Services Officer

Place: SDNY, NY

Date: February 26, 2008