# KELLEY DRYE & WARREN LLP

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NEW YORK 10178**

(212) 808-7800

WASHINGTON, DC
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICES
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

DON D. BUCHWALD
DIRECT LINE: (212) 808-5147
EMAIL: dbuchwald@kelleydrye.com

**MEMO ENDORSED**

Transmitted via fax (212-805-6304) and regular mail

August 13, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 8 2008
```

Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   United States v. Adewumni Shinaba
            S3 06 Cr. 648 (PAC)

Dear Judge Crotty:

       This matter is scheduled for sentencing before Your Honor next Tuesday, August 19, 2008 at 4:00 p.m. Per my conversation with your chambers, and with the consent of the Government, the parties respectfully request an adjournment of the sentencing date to Thursday, September 18th, 2008 at 4:00 p.m., if that day and time is convenient for the Court. We have just received the Pre-Sentence Report from the Probation Department which we are sending to our client, Mr. Shinaba, in Ohio. It is our intention to make a submission to the Court urging imposition of a non-custodial sentence which we will need this additional time to prepare.

       I have spoken with AUSA Jessica Masella who has authorized me to advise the Court that her office has no objection to the requested adjournment of the sentencing date. ~~The parties jointly consent to an "interests of justice" exclusion under the Speedy Trial Act through the requested adjourned date or such alternative adjourned date as the Court may set.~~

**MEMO ENDORSED**

NY01/BUCHD/1301850.1

**KELLEY DRYE & WARREN LLP**

Honorable Paul A. Crotty
August 13, 2008
Page Two

Thank you for your consideration of this matter.

Very truly yours,

*Don Buchwald*

Don D. Buchwald

DDB:ma

cc:  AUSA Jessica Masella (by email)

Application GRANTED. The sentencing is adjourned to 9/18/08 at 4:00 pm in Courtroom 20-C

SO ORDERED:

_Paul Crotty_, August 17, 2008
U.S.D.J.                     Date

NY01/BUCHD/1301850.1